# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## Western DIVISION

Derrick Allen

v.

The law offices of Kenneth J. Steinburg et. al.

NO. 5:23-CV-00113-FL

COMPLAINT

Plaintiff resides at:
Mailing address P.O. Box 1675 Raleigh, North Carolina 27602.

Defendant(s)' name(s) and address(es), if known:
Attorney Kenneth J. Steinburg — Home address unknown, but Reside in Raleigh N.C. 27602.

1

Jurisdiction in this court is based on:

This District Court Has jurisdiction pursuant to 28 U.S.C. 1331.

The acts complained of in this suit concern:

I Retained attorney Steinburg to represent Me in Several case(s). Attorney Steinburg disrespected Me — by yelling at Me during the Criminal Court Session in Wake County 01/30/23.. Attorney Steinburg was terminated for violating ethical rules of conduct. I Paid attorney Steinburg to Represent Me, in which I was still Making payments. attorney Steinburg refused to repay the Money already Paid which was More than $20.00.

I've retained New lawyers to handle case(s) Attorney Steinburg once represented Me in. The federal question is has my Constitutional rights been violated.

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:
MONETARY relief in the amount of $750,000.00.

03/04/2023
DATE

Derrick Allen
SIGNATURE OF PLAINTIFF

P.O. Box 1675
Raleigh, NC 27602

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3